United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-2151EM

| | | |
|---|---|---|
| Bobby L. Goodman, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Brown Group, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  December 10, 1997
Filed:  December 17, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Bobby L. Goodman appeals the district court's grant of summary judgment to Brown Group, Inc. on Goodman's age discrimination claim.  Having reviewed the record and the parties' briefs, we conclude Goodman is not entitled to relief.  We reject Goodman's argument that the district court improperly failed to apply a "mixed-motives" analysis to his case, because Goodman did not present enough evidence of a discriminatory component to meet the threshold showing required for this analysis. Additionally, even if we assume for the purpose of our review that Goodman established the elements of a prima facie case, we agree with the district court's analysis that Goodman failed to present any evidence tending to show that Brown

Group's articulated reasons for Goodman's separation during a legitimate reduction in force were a pretext for age discrimination. We thus conclude the district court correctly granted summary judgment and we affirm without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.